# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ABRAHAM GRANT**  PETITIONER

v.  NO. 5:12CV00416 JLH-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**  RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation. This Court adopts the Recommendation and dismisses Mr. Grant's Petition for Writ of Habeas Corpus (docket entry #2) without prejudice. All pending motions are denied as moot.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Grant has not provided a basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 11th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE